E-FILED
Thursday, 19 April, 2007  10:31:00 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

**FILED**

APR 1 8 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 07-10050 |
| | ) VIO: Title 18, United States Code, |
| JONATHAN W. COUNCE, | ) Sections 2252A(a)(2) and (b)(1), |
| | ) 2252A(a)(5)(B) and (b)(2) |
| Defendant. | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (RECEIPT/DISTRIBUTION)

Beginning on or about October 9, 2005, and continuing through on or about December 15, 2005, in the Central District of Illinois, and elsewhere,

**JONATHAN W. COUNCE,**

the defendant herein, did knowingly receive and distribute child pornography, said child pornography having been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

### COUNT TWO
### (POSSESSION)

In or about Fall, 2005, and continuing through on or about January 10, 2007, in the

Central District of Illinois, and elsewhere,

## JONATHAN W. COUNCE,

the defendant herein, knowingly possessed, and knowingly attempted to possess, computer hard drives, and other materials, containing images and videos of child pornography, in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are indistinguishable from that of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

s/ Foreperson
**Foreperson**

s/ U. S. Attorney
**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

TAK/ms