E-FILED
Tuesday, 01 May, 2007 09:24:05 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>) |
| | ) CASE NO. **07-10050** |
| | ) |
| **Jonathan W. Counce**<br>    Defendant | )<br>) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **10:30 AM** on **Friday, June 22, 2007.**

This matter is set for Jury Trial at 8:30 A.M. on **Monday, July 2, 2007**

at

[ X ] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 30th day of April, 2007.

           s/ John A. Gorman           

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE