UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 07-10050 |
| JONATHAN W. COUNCE, | ) |
| Defendant. | ) |

**MOTION TO MODIFY CONDITIONS OF BOND**

Now comes the Defendant JONATHAN W. COUNCE, by his attorney KARL W. BRYNING, and pursuant to Title 18 U.S.C. 3142 (c) moves this Honorable Court for the entry of an order modifying conditions of bond to allow the defendant, at the discretion of The United States Probation Department, to travel in order to meet with private counsel whom he may wish to retain to represent him in this matter. In support defendant states as follows:

1. On April 30, 2007, Mr. Counce was released on bond under conditions including a travel restriction limiting his movement to the Central District of Illinois.

2. On May 8, 2007 United States Probation Officer, Jim Cour, notified counsel of the defendant's request for permission to travel outside the Central District of Illinois for the purpose of meeting with private attorneys whom the defendant may wish to retain to represent him in this matter.

3. The United States Probation Department does not object to bond being modified for this purpose.

4. Assistant United States Attorney, Thomas Keith, makes no objection to this

1

motion.

WHEREFORE, Defendant respectfully requests that this Honorable Court modify conditions of bond so that, at the discretion of the United States Probation Department, he may travel outside the Central District of Illinois in order to meet with private counsel whom he may wish to retain to represent him in this matter.

JONATHAN W. COUNCE, Defendant

RICHARD H. PARSONS
Federal Public Defender

By:    s/ Karl W. Bryning

KARL W. BRYNING
Assistant Federal Public Defender
Attorney for Defendant
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Thomas Keith, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

s/ Karl W. Bryning

KARL W. BRYNING
Assistant Federal Public Defender
Attorney for Defendant
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org