E-FILED
Friday, 11 May, 2007  01:02:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Docket No. 07-10050 |
| | ) | |
| JONATHAN COUNCE, | ) | |
| Defendant. | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES John P. Lonergan, Attorney at Law, and asks that this Honorable Court allow him to represent the Defendant as attorney of record in this matter, and in support of said Motion states as follows:

1. That the Defendant, JONATHAN COUNCE, has retained Attorney John P. Lonergan as his attorney in this matter.
2. That the Federal Public Defender's Office has previously been appointed.
3. That the Defendant, JONATHAN COUNCE is requesting that the substitution be allowed.
4. That Attorney Karl W. Bryning currently represents the Defendant as CJA panel attorney and he has no objections to this Motion.
5. That it would be in the best interest of all parties that Attorney John P. Lonergan be allowed to represent the Defendant in the above-captioned matter.

WHEREFORE, John P. Lonergan respectfully prays the Federal Public Defender's Office be allowed to withdraw from further representation of the Defendant, JONATHAN COUNCE in the above-captioned matter and attorney John P. Lonergan be allowed to represent the defendant in the above-captioned matter.

/s/ John P. Lonergan
John P. Lonergan, Attorney for Defendant

STATE OF ILLINOIS )
                            ) SS.
COUNTY OF PEORIA )

        John P. Lonergan, being first and duly sworn, upon oath, deposes and states that he is attorney of record for the Defendant in the above-captioned matter; that he has read the above and foregoing Motion and that the allegations contained therein are true and correct.

                                             /s/ John P. Lonergan
                                             John P. Lonergan, Attorney for Defendant

John P. Lonergan, P.C.
Attorney at Law
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Telephone: (309) 673-3939
Facsimile: (309) 676-5489
Email: jplonergan@hotmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**AT PEORIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal No. 07-10050 |
| JONATHAN COUNCE, | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2007, I electronically filed the Defendant's Motion for Substitution of Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney's Office.

/s/ John P. Lonergan
JOHN P. LONERGAN
Bar Number 6211885
Attorney for Defendant, Jonathan Counce
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Phone: (309) 673-3939
Fax : (309)676-5489
E-mail : jplonergan@hotmail.com