E-FILED
Friday, 31 August, 2007 11:17:27 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**SEALED**

**FILED**
AUG 3 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) WARRANT FOR ARREST |
| Plaintiff | ) |
| vs | ) |
| | ) CASE NO. 07-10050-001 |
| Jonathan W. Counce | ) |
| address redacted | ) |
| Peoria, IL | ) |
| Defendant | ) |

TO:   THE U. S. MARSHAL and any
        AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Jonathan W. Counce, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with:

Count 1 - Receipt/Distribution of Child Pornography in violation of Title 18 U.S.C. §§ 2252A(a)(2) and (b)(1)
Count 2 - Possession of Child Pornography in violation of Title 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

*John M. Waters* (signature)
Signature of Issuing Officer

4/19/07 at Peoria, IL
Date and Location

Bail fixed at $ No Bond by Magistrate Judge John A. Gorman.

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at Peoria

| Date Received 04/24/07 | Name of Arresting Officer James Feehan | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 4/30/07 | Title of Arresting Officer FBI | (signature) |