IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
PEORIA, ILLINOIS

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-10050 |
| JONATHAN W. COUNCE, | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

The undersigned enters his appearance as co-counsel for the defendant, JONATHAN W. COUNCE.  The undersigned further requests that copies of all notices and pleadings relative to the above cause of action be copied to the undersigned.

Respectfully submitted,

JONATHAN W. COUNCE - Defendant

By:     \s\ D. Peter Wise
One of His Attorneys

D. Peter Wise (Bar Number 6187876)
GATES, WISE & SCHLOSSER, P.C.
Attorneys at Law
1231 South Eighth Street
Springfield, IL. 62703
217/522-9010, 217/522-9020 fax
peter@gwspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Thomas A. Keith
United States Attorney
One Technology Plaza
Suite 400
211 Fulton St.
Peoria, IL 61602
309-671-7050, 309/671-7259 (fax)
tom.keith@usdoj.gov

John P. Lonergan
Suite 1708
411 Hamilton
Peoria, IL 61602
309/673-3939, 309/676-5489 (fax)
jplonergan@hotmail.com


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:


**s/ D. Peter Wise**
D. Peter Wise, Bar Number: 6187876
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL. 62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  peter@gwspc.com