IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 07-10050 |
| | ) | |
| JONATHAN W. COUNCE, | ) | |
| Defendants. | ) | |

<u>MOTION TO CONTINUE</u>

NOW COMES John P. Lonergan, Attorney for the Defendant, JONATHAN W. COUNCE, and asks that this Honorable Court grant a continuance of the sentencing hearing now set to proceed on November 26, 2007, and in support of said Motion states as follows:

1.  That this matter is currently set for sentencing on November 26, 2007.

2.  That the pre-sentence report prepared by the United States Probation Office, page 9, paragraph 40 indicates that the probation office arranged for the Defendant to undergo a sex offender evaluation with Midwest Counseling on September 29, 2007 and that the results of this assessment are not available at this time, but it is anticipated that the assessment will be available for inclusion in the revised pre-sentence report.

3.  That while the parties are not aware what the conclusions of this report will be, the defendants requests additional time to explore the possibility of obtaining their own expert, their own assessment, or simply an adequate opportunity to review the revised pre-sentence report and sex offender evaluation.

4.  That Counsel, John Lonergan, spoke with Co-Counsel, Peter Wise, who joins in instant Motion, and Tom Keith of the United States Attorney's Office does not object to this Motion.

5.  That this motion is not made for purpose of delay, but is made in the interests of justice.

WHEREFORE, John P. Lonergan respectfully prays that this Honorable Court grant his motion for a continuation of the sentencing hearing.

   /S/ John P. Lonergan
John P. Lonergan, Attorney for Defendant


STATE OF ILLINOIS    )
                )  SS.
COUNTY OF PEORIA  )

John P. Lonergan, being first and duly sworn, upon oath, deposes and states that he is attorney of record for the Defendant in the above-captioned matter; that he has read the above and foregoing Motion and that the allegations contained therein are true and correct.

   /s/ John P. Lonergan
John P. Lonergan, Attorney for Defendant




John P. Lonergan, P.C.
Attorney for Jonathan Counce
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Phone:  (309) 673-3939
Facsimile:  (309) 676-5489
Email:  jplonergan@hotmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 07-10050 |
| | ) | |
| JONATHAN W. COUNCE, | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007, I electronically filed the Defendant's Motion to Continue with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tom Keith of the United States Attorney's Office.

/s/ John P. Lonergan
JOHN P. LONERGAN
Bar Number 6211885
Attorney for Defendant: Jonathan Counce
411 Hamilton Blvd., Suite 1708
Peoria, Illinois  61602
Phone: (309) 673-3939
Fax : (309) 676-5489
E-mail: jplonergan@hotmail.com