IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-10050 |
| ) | |
| JONATHAN COUNCE, ) | |
| Defendant. ) | |

MOTION FOR RELEASE OF REPORT

NOW COMES, the Defendant, JONATHAN COUNCE, by and through his Attorney, John P. Lonergan and Peter Wise, and requests this Honorable Court release a sex offender evaluation that was prepared through Midwest Counseling pursuant to the request by the United States Probation Office and in support of the instant motion, the Defendant states as follows:

1. That he is the Defendant in the above-captioned matter.

2. That on August 22, 2007 the Defendant appeared in Court and entered a plea of guilty to Count 1 if the indictment without the benefit of a written plea agreement.

3. That a pre-sentence report was ordered prepared by the Court at that time and instant report was completed October 11, 2007.

4. That on page 9, paragraph 40 of the report makes specific reference to the sex offender evaluation and the fact that at that time the results of that evaluation were not available.

5. That on information and belief, Counsel has been in contact with the United States Probation Office who have indicated that the report has been completed and that the report recommends a certain type of treatment that the Defendant has been requested to being immediately.

6. That Counsel for the Defendant do not otherwise know the conclusions or contents of the report.

7. That the United State's Probation Office has declined to release the report to Counsel for the Defendant without Order of the Court.

WHEREFORE, the Defendant, JONATHAN COUNCE, respectfully prays that this Honorable Court enter and Order releasing said report to Counsel for the Defendant and for any other relief that is fair and equitable.

        Respectfully submitted for
        JONATHAN COUNCE, Defendant,

        /s/ John P. Lonergan
        John P. Lonergan, Attorney for Defendant

STATE OF INDIANA  )
                        ) SS.
COUNTY OF PEORIA  )

John P. Lonergan, being first and duly sworn, upon oath, deposes and states that he is attorney of record for the Defendant in the above-captioned matter; that he has read the above and foregoing Motion and that the allegations contained therein are true and correct.

        /s/ John P. Lonergan
        John P. Lonergan, Attorney for Defendant

John P. Lonergan, P.C.
Attorney at Law
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Telephone: (309) 673-3939
Facsimile: (309) 676-5489

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 07-10050 |
| | ) | |
| JONATHAN COUNCE, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2007, I electronically filed the Defendant's Motion for Release of Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: United States Attorney's Office.

/s/ John P. Lonergan
JOHN P. LONERGAN
Bar Number 6211885
Attorney for Defendant, Jonathan Counce
411 Hamilton Blvd., Suite 1708
Peoria, Illinois  61602
Phone: (309) 673-3939
Fax : (309)676-5489
E-mail : jplonergan@hotmail.com

John P. Lonergan, P.C.
Attorney at Law
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Telephone:  (309) 673-3939
Facsimile:   (309) 676-5489