E-FILED
Tuesday, 20 November, 2007  11:08:05 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-10050 |
| | ) | |
| JONATHAN COUNCE, | ) | |
| Defendant. | ) | |

### MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

NOW COMES, the Defendant, JONATHAN COUNCE, by and through his Attorney, John P. Lonergan, and prays that this Honorable Court modify his conditions of his pre-trial release to permit him to travel outside the State of Illinois to the State of Mississippi. In support of the instant motion, Defendant states as follows:

1. That he is the Defendant in the above-captioned matter.

2. That the Defendant is currently out of custody and being monitored by the United States Probation Office during his pre-trial release. The Defendant has numerous restrictions placed on his movement, including a curfew and electronic monitoring.

3. That the Defendant has previously pled guilty to this offense and is currently set for sentencing on January 24, 2008.

4. That the charge carries a mandatory minimum six months sentence in the Bureau of Prisons and the current minimum guidelines range is set at seventy-eight months.

4. That Defendant acknowledges that he will be serving a prison term in this matter.

5. That the Defendant's grandmother is currently ninety years old and is in failing health. She lives in the State of Mississippi and over the Thanksgiving or Christmas holiday the Defendant wishes to travel with his family to visit his grandmother in Mississippi.

6. That the Defendant feels that given his grandmother's age and current state of her health, that she is not likely to be alive at the end of his penitentiary term and there will be no other opportunity to see her before she passes away.

WHEREFORE, the Defendant, JONATHAN COUNCE, asks that this Court modify his conditions of pre-trial release to allow him to leave the State of Illinois.

Respectfully submitted for
JONATHAN COUNCE, Defendant,

/s/ John P. Lonergan
John P. Lonergan, Attorney for Defendant

STATE OF ILLINOIS )
) SS.
COUNTY OF PEORIA )

John P. Lonergan, being first and duly sworn, upon oath, deposes and states that he is attorney of record for the Defendant in the above-captioned matter; that he has read the above and foregoing Motion and that the allegations contained therein are true and correct.

/s/ John P. Lonergan
John P. Lonergan, Attorney for Defendant

John P. Lonergan, P.C.
Attorney at Law
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Telephone:  (309) 673-3939
Facsimile:   (309) 676-5489

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**AT PEORIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Criminal No. 07-10050 |
| JONATHAN COUNCE, | ) ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2007, I electronically filed the Defendant's Motion to Modify Conditions of Pre-Trial Release with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: United States Attorney's Office.

/s/ John P. Lonergan
JOHN P. LONERGAN
Bar Number 6211885
Attorney for Defendant, Jonathan Counce
411 Hamilton Blvd., Suite 1708
Peoria, Illinois  61602
Phone: (309) 673-3939
Fax : (309)676-5489
E-mail : jplonergan@hotmail.com