January 8, 2007

Dawn R. Green
24630 CR 2180N
Topeka, IL 61567

The Honorable Judge Michael Mihm
United States District Judge
Peoria, IL

Dear Judge Mihm,

    I am writing this letter as a character reference for Jonathan Counce of 6733 North Post Oak, Peoria, IL.

    I am the Operation Services Manager for Dental Arts Laboratories, Inc. where I have been employed for twelve years. Prior to this, I worked in a similar capacity for PAL Health Technologies (formerly Podiatry Arts Laboratory) for eighteen years. My position is responsible for Logistics, Customer Service, Performance Based Measurement (Training & Pay) Program and other assorted tasks that support our production operation.

    I worked for Jonathan's father, Bob, at both of these companies. I met Bob when he began working at PAL in the late eighties. I first met Jonathan when he visited the podiatry laboratory with his father. Over the next few years I continued working for Bob and occasionally saw Jon at work or company events until Bob left PAL in the early nineties. Jon always impressed me as a happy and well behaved child.

    Bob came to work at Dental Arts Laboratory in 1998. Once again I was reporting to Bob. Bob and I talked about our sons as co-workers often do. So I heard about Jon's educational plans and accomplishments while he was in high school and college. I knew that Jon worked at Monical's to make money to supplement his college fund during breaks and holidays.

    In the summer of 2005, I needed assistance on a data collection project. I had hoped to find an engineering student through Bradley, but was unsuccessful. Jon's best friend and roommate had left school during the middle of the semester because she had emotional problems.

This had left Jon in need of more funds to enable him to keep the same apartment during his senior year of college. He had hoped to find a temporary position with a law firm to get some exposure in the field as it was his intention to attend law school, but had had no luck finding one. He was still looking for work and so he came in to interview for the temporary position. The interview went well and I hired him.

I was continuing to expand our Performance program and needed help gathering timing data and documenting the tasks. In order to be effective in this position, he needed to have an understanding of the task and its purpose and Jon was able to learn the basics of each task very quickly. The position required the ability to be able to work one on one with a variety of personalities (that may not always be too happy to have someone watching over them and asking questions) and Jon was able to work well with everyone. Due to the variations in the work flow, lunch hours, breaks, etc. I needed someone with a willingness to vary their shift when necessary and able to work well without supervision. Jon was always willing to change his lunch breaks, start early or late or leave early or late and did so without complaint. He was hardworking and never failed to make good use of his time completing each assignment quickly and efficiently. He did a great job of documenting his data in Excel and Word with a high level of accuracy. Jon is very intelligent, sensitive and articulate with a great sense of humor and an easy smile.  Jon was a great office mate, non-intrusive and considerate.

Since it was a temporary position and we are short on space in our facility, Jon shared my own office space and this gave me an opportunity to get to know him better. We did on occasion talk about our lives. Jon talked to me about school and his concern for his former roommate (She committed suicide later that year). He also talked about college and his desire to continue his education.

Unfortunately Jon ended his summer of working at the laboratory when he had a seizure back in the denture production area. He hit his head and seemed to lose consciousness. He was taken by ambulance to Methodist Hospital where he was hospitalized for a couple of days. Once he recovered, it was time to return to college.

Jon came back to the laboratory during his Christmas break 2005 and once again did a great job. Our technicians and staff were relieved to see he was all right after his dramatic summer exit.

I believe Jon is a young man with a great deal of potential and a sincere desire to help other people. Thank you for your time and consideration in this matter.

Sincerely,

Dawn R Green

To Whom It May Concern:

Hello. I am writing with regard to Jonathan Counce. First, please allow me to introduce myself. My name is Amber Asher and I have been a close friend of Jonathan's for nearly eight years. I recently ended a four year career in retail management to pursue my dream of going to college. I am currently living in the northwest suburbs of Chicago, attending Worsham College of Mortuary Science where I hold a 4.0 grade point average. I feel very privileged to call Jonathan one of my best friends, and assure you that there is nothing he wouldn't do for someone in need.

I first met Jonathan my first week of high school during practice for the marching band. Being in a new school, with new people, naturally I was a bit nervous. However, when I was introduced to Jonathan he immediately put me at ease, and we have been friends ever since. During and after high school, Jon and I frequently traveled together, and I was always felt safe and confident being with him. We've gone to many church functions and services together, where he was always eager to participate and socialize with the everyone in the congregation.

I have always admired Jonathan for being so hard working and dedicated. In school, work, and his personal life he acts with the greatest self-respect and care. As I said before, there is never anything he wouldn't do to help one of his friends or family members. He is fun-loving and good spirited and overall a good person. With such a great personality and strong conviction, I know that despite what may lie ahead, Jonathan will go very far in life, and continue to touch lives in a very positive way.

Kind Regards,

Amber Asher

Amber Asher
12/14/2007

District Court Judge Michael Mihm:

My name is Rachel Higgins and I live at 4712 N. Woodview in Peoria, Illinois. I am writing on behalf of Jonathan Counce, as a testament to his character, and in hopes that I can help you see him as I and others who know him do.

I have known Jon since grade school but have been good friends with him for the past ten years. Throughout high school, Jon was responsible, involved, and earned almost perfect grades all while holding down the same job at Monicals (which he has for the past seven years now). I didn't get my driver's license until junior year, so Jon spent the majority of sophomore year giving me rides to and from school and events. He was always dependable and responsible, and never asked for anything in return. During this time we also participated in Spanish Club, Key Club, and the Cross Country Team together, as well as became members of the Universalist Unitarian Church. Recently, when allowed, Jon and I have started attending services again at the church any Sunday we can.

Jon and I also attended the University of Illinois together. Again, he was always happy to use his car to share rides home to Peoria together and has always been there for me.

Aside from knowing him as a friend, I also know that Jon is a good person and a productive member of society. He would never knowingly hurt or endanger anyone. Jon is actually the opposite, always considerate of other's feelings and willing to help anytime. Prior to his legal issues Jon was planning on going to law school and continuing his education. It seems such a shame to me to punish someone so harshly for a lapse in judgment that many people have made. I feel that Jon has learned his lesson and that the last six months on house arrest have been punishment enough. Jail space is precious, and it seems like a waste to fill it with a young man that made a mistake. I am currently two semesters away from earning a Bachelor's Degree in Special Education and as someone who works with children every day, I can confidently say that I feel Jon is in no way a threat to society and would be welcome in my classroom anytime.

Please hear my plea, as you hold the future of a good person's life in your hands.

Sincerely,

Rachel Higgins

Rachel Higgins

9 January 2007

Character Reference for Jonathan Counce

District Court Judge Michael Mihm,

My name is Daniel Brown. I am a 22 year old student at Western Washington University, but I grew up in Peoria and it is still my parents' home that I visit often. I have been friends with Jon for about seven years. We met at Richwoods High School and also became friends because we went to the same church, the Universalist Unitarian Church of Peoria.

I have always thought of Jon as a very responsible person. He has always been a better student than me, and always tries to do well in everything he does. In fact, there have even been many times when he has tried to encourage me to do better in school. He was also very involved in activities at Richwoods. It was Jon who encouraged me to participate in Key Club, a volunteering organization.

Jon was one of my first friends to have a car, and for a long time he was my reliable ride to and from high school. Every now and then I would be running late in the morning, but it's hard to even recall a time when he wasn't there waiting right on time. Even after some of my friends and I had licenses, Jon was usually the driver when we hung out. I think in a way it was because we all felt that he was the most responsible.

I also frequently received a ride to and from church from Jon. We both went to many social activities and volunteering opportunities through the church. We also went to Church conferences, where youth from Unitarian Churches all over the Midwest gather for a weekend, staying in the church and in the homes of members. I don't know of anyone who ever felt unsafe or untrusting of Jon. I know that the church is still an important part of Jon's life.

There are few friends that I have known for as long as Jon. He is someone my parents often ask about, and are always excited to see. I think anyone that knows Jon considers him responsible, respectful, friendly, and hard working; and feels that it is tragic that someone like him could be going to jail.

Sincerely,
Daniel Brown

Betty Counce
6733 North Post Oak Road
Peoria, IL 61615

January 3, 2008

Dear Honorable District Court Judge Michael Mihm:

From the Heart

I am Jonathan's mother, and his legal situation has been a horrible nightmare for me, one I never could have imagined even in my wildest dreams! He was always our little bundle of JOY, practically from the first moment he was born, and soon brought joy to all of our family members and close friends, as well as church, school, and business acquaintances all around the city.

Even at an early age, Jonathan loved to entertain. When he was two, and we started car pooling for nursery school, the other mothers always relied on him to entertain the kids in the car and also for information concerning school matters, because he was the only one of the group who could talk at that age and be understood. Reciting the alphabet at age two certainly is not that rare, but then to recite the French and Greek alphabet both forwards and backwards certainly brought smiles of surprise to his listeners! Jonathan's older brother Rob and his friends loved to take him around with them and show him off. At a very early age he could rattle off the top pop songs and artists and perform the latest dances. I distinctly remember one lady saying she loved to be around Jonathan even if it meant just walking behind him in the hallway at church, because she got such a kick out of him! There have been countless stories throughout the years concerning the joy he has brought to us and other people.

I think Jonathan's upbringing was quite normal. Other than some substitute teaching, I was a stay-at-home mom until he entered fifth grade. He played most sports as a child, went to several nursery schools and preschools, and was chosen as a kindergarten to go to Roosevelt Magnet School. Even though he could be mischievous and a handful at times, he was always fun-loving, and in first grade two of the teachers practically fought over who was going to get him in their class! While at Roosevelt he excelled in several of the performing arts, as well as academics. Jonathan attended Washington Gifted School fifth through eighth grade and graduated from Richwoods High School with honors. He received many awards and distinctions throughout his schooldays.

Jonathan is a very giving person and was always extremely active in any of the fund raisers that the schools might have along with being in service clubs, community outreaches, and other organizations. At Washington he was the top seller for the school fundraiser, and at Roosevelt he was number one for several years in the Math-a-thon, raising thousands of dollars for St. Jude. He also kept St. Jude in mind when raising money through his own DJ business he started in seventh grade. Since he was very intent on seeing that no students felt left out, he provided many games and contests, making

him a very sought-after DJ among his peers at several schools. He was in Key Club all four years in high school and served as both vice president and president.

Jonathan graduated from University of Illinois when he was twenty two, but he was the "Big Man" on campus there, so to speak, at a very early age while visiting his big brother. Rob would send Jonathan copies of material being discussed in his classes so that Jonathan could prepare and be ready to enter in on class discussions. He always "wowed" Rob's friends as well as the professors. Jonathan's first grade teacher once showed me his journal in which he had written about his many great times there.

After Jonathan graduated from the university, he planned to start law school this past fall. This is about the time when our joy turned into a nightmare. I am hoping and praying that my son's life will not be wasted and at least something positive can come from this ordeal. I am sure this is not the proper form for a character reference letter; however, as his mother I am just strictly speaking from the heart.

Sincerely submitted,

*Betty Counce*

Betty Counce

Robert and Betty Counce
6733 North Post Oak Road
Peoria, IL 61615

January 3, 2008

Honorable District Court Judge Michael Mihm:

We are Jonathan's parents and as an introduction would like to share a little about ourselves and our backgrounds. We were both born and raised in Corinth, MS as members of families that shared high Christian and moral values as well as strong work ethics. We both received university degrees (Bob in Engineering and Betty in Education) and both have had rewarding professional careers in our chosen fields. We have been married for forty-one years and have two children - Rob, thirty-five, and Jon. We have been fortunate to provide our sons with a good home and a good education.

Being parents and writing this kind of letter creates a feeling we find hard to describe. We all love our children and would do anything to protect them, even stretch the truth now and then, but thankfully we have never had to do so with ours. They are both very special yet totally different in many ways. Rob is just like his Mom - very outgoing, social, and "wired" for action. Jonathan ended up more like his Dad - laid back, quieter, and somewhat passive at times.

Although Jon is quieter and more reserved, he is very passionate, loving, caring, and is known for his passion for helping others. Many of his friends' parents have contacted us with stories about how Jon has helped their son or daughter. Jon is credited with being responsible for keeping many children in school, working with youth who seriously were considering taking their own life, and always being there for others in times of grieving or depression. His orientation for social service began as early as elementary school through several fundraisers, including a Math-a-thon (where he received first place every year) that donated its profits to St. Jude Children's Hospital. This drive towards community service continued at Richwoods High School where he was a member of Key Club for four years, and served as president and vice president for one year each. He was also an active counselor, group leader, and workshop presenter at both national and international church-sponsored programs and even spoke at Bradley University, as well as the Illinois High School Teacher Association Convention on "Working with Gay Students in Our High Schools". His degree in Psychology from the University of Illinois and his plans for Law School (and/or Advanced Psychology) also speak for his passion to help others. Jon's interest in being a lawyer comes from his desire to positively influence the lives of others in minority groups, and not from seeking fame and fortune. It is ironic that he finds himself in his current situation, however, we can see now that Jon has an even greater desire to follow his chosen career path. We pray that he will not lose this desire.

Friends and acquaintances have remarked that it must be hard for us to deal with having two gay sons, but truthfully we feel it has been a blessing in many ways. We

both rely on our Christian faith, believing that both our sons have a special mission in life and will undoubtedly leave a strong and wonderful mark on many gay and non-gay individuals. Even though they may reach out in different ways, we believe they will both be very successful.

Since we truly believe our children are exceptional and will do much good for others, we find it hard to imagine that Jon spending years in such a severely restricted environment as prison could be beneficial in any way. We find this especially true since Jon poses no danger to anyone, as lie detector tests and psychological analyses have shown. He now regularly expresses a desire to educate and help others to understand the law particularly as it applies to the illegal use of Internet technologies. Jon was only twenty-one when the downloading incidents occurred, and he now realizes a lot of people at that age do not understand the full range of consequences due to such actions.

We are pleading for your consideration to allow Jon to serve time in some kind of community service program, Halfway House, or even in continued parental custody. We know that this may seem like a crazy and unrealistic request, but we are seriously concerned for Jon's mental and physical well being while spending time in prison. Jon has proven over the past nine months that he respects the law and he has been diligent in making sure he follows the established schedules and rules.

If serving time in prison is the only way, then please consider minimizing Jon's time and helping him to be placed in a location where he will be allowed to continue his studies in some way, prepare himself for his life after prison, and be protected from any physical or mental abuse. We understand that the Bureau of Prisons determines this placement, but we believe they would consider your recommendations seriously.

We are not asking for Jon to be excused from penalty, just a sentencing that provides an opportunity for him to maximize his potential. He has the will and ability to use his talents to prevent others from finding themselves in his shoes. We are sure the crowded prison system can benefit from fewer inmates, and humanity at large can benefit from more persons like Jon.

Thank you for listening, and any consideration you can give will be a blessing to Jon, his family, his wonderful and supportive friends, and those whom he can touch.

With great respect,

*Betty Counce*

Bob and Betty Counce

January 7, 2008

To the Honorable District Court Judge Michael Mihm,

Please consider this a character reference letter for Jonathan Counce. First, we would like to introduce ourselves. We are Brewster and Camille Johnson and are both retired educators. Brewster was the principal of Franklin School in Peoria for thirty years, and Camille was a teacher in the District 150 schools, specifically Trewyn, Rolling Acres, and Von Steuben Schools. Brewster is a lifelong Peorian; Camille has been here since we were married in 1966.

We have been friends with the Counces for more than thirty-five years, all of which started with a ladies' bridge group. We have known them to be upstanding citizens and generous contributors to their church and their community. Although she worked many years teaching in the public schools, Betty always taught Sunday School and there were few Sundays that all family members weren't in church. Bobby and she were wonderful and devoted parents and raised their two boys to be upstanding young men. They didn't just preach good citizenship and high moral character; they set examples of both in the way they lived and still live their lives.

I remember Jonathan, as a primary school student, coming to our bridge gatherings to raise money for charitable causes and to share some of his creative writing. He was and is an extremely bright young man who was an honor student through high school and, of course, graduated from the University of Illinois. He was also accepted at a law school which was to be his next academic endeavor. He is not only bright, but gregarious and caring. While in high school, he was a member of the Key Club, a volunteer service organization, as well as its vice-president and president. He was also very active in church activities as well. His poise, communication skills, and leadership potential were obvious to others as he was chosen to speak at a church convention and at an Illinois High School Teacher's conference.

We are aware that Jonathan is in a very serious situation and that the consequences could include incarceration. We cannot imagine any way in which that would be beneficial to Jonathan and/or society at large. As previously stated, we believe him to be an intelligent, sensitive, caring young man whose sexual orientation, size, and sensitivity would put his life in danger in that environment. We fervently hope that there is an alternative which would require his time and talents and would benefit others, such as some form of community service.

Brewster and I thank you for your consideration of our comments, and hope for the very best outcome in this situation.

Sincerely,
Brewster and Camille Johnson

108 Regal Lane
East Peoria, IL 61611

To: The Honorable District Court Judge Michael Mihm
Re: Jonathan Counce

Dear Judge Mihm:

Jonathan Counce is a bright, creative, imaginative and talented young man. Jonathan is dependable and reliable. He is articulate and exudes a lot of poise and self-confidence in public speaking. His peers have respected his leadership abilities as well as his skills and talents.  Jonathan is a caring and compassionate young man. He relates and interacts with people in a genuine and authentic manner. Jonathan possesses a loving ability to empathize with people and their wounds and hurts. He shows a particular concern for the disadvantaged and dispossessed.

One of the characteristics that I have admired about Jonathan is his honesty. He is very open and forthright in sharing his thoughts, feelings, and opinions. Jonathan has exuded an openness and willingness to share his own personal struggles and growth in order to help others. He is an extremely trustworthy individual.

Jonathan has tried to live his life in an ethical and moral manner. Jonathan grew up in a Christian home. His parents have modeled a deep commitment to Christ and have been involved and active at First Baptist church. These values have been internalized and demonstrated in his life. Jonathan was very involved in the children and youth programs at First Baptist Church of Peoria. He participated in a number of programs (choir, ensembles, hand bells, dramas and youth activities) and provided excellent leadership when needed. Jonathan appreciates and understands the importance of service in ministry.

I have known Jonathan for ten years. I have served as the Senior Pastor of First Baptist Church where Jonathan attended during his formative years. During those years, I always found Jonathan to be a caring and ethical person.

In addition to my 33 years of pastoral ministry, I have served as a prison chaplain in Toronto, Canada and as a county jail chaplain in Madison, Wisconsin. I have ministered to individuals and families in several jail ministries. Those experiences have taught me that justice can be served when tempered with mercy. There is a lot of goodness in Jonathan and I would hope that the court would provide him the opportunity to provide service to his community.

Sincerely,

Thomas S Bayes Jr.

Rev. Thomas G. Bayes, Jr.
Senior Pastor, First Baptist Church
Peoria, IL
1/7/2008

January 6, 2008

To: Circuit Court Judge
    Michael Mihm
Re: Jonathon Counce

The following comments concerning
Jonathon Counce are provided by
Dr. Jack Teal and Mrs. Barbara Teal,
life-long educators. Jack was a
college administrator and Barbara an
elementary teacher. During these years
we have had experience working with
a wide variety of youth and young
adults.

For the past 35 years we have been
good friends with the Counce family
and have watched Jonathon's growth
from his elementary school years through
college. During this time we have been
together on family vacations, holiday
dinners, and casual get-togethers when
we would have contact with
Jonathon. We and our children always
enjoyed the times with the Counce family.
It was apparent that this was a
close-knit Christian family supportive
of each other. This was a family

where the parents were strong proponents of obtaining a good education, developing a sense of responsibility for self and for others and making a contribution to the larger community. From our perspective, Jonathon measures up to these values.

A young adult of this character and with this family support group has a great deal to offer society. Incarceration does not appear to be the most logical punishment in this particular case. We would hope that some form of community based punishment could be determined. From our frame of reference, both Jonathon and the community would be better served.

Barbara L. Teal

Joel W. Teal

To the Honorable District Court Judge Michael Mihm,

      This letter is in regards to Jon Counce. I have known Jon since the fall of 2002. We met during our first year of college in the dorms at the University of Illinois at Urbana-Champaign. Jon and I have been good friends ever since our freshman year. We would spend weekdays and weekends together along with our other friends we made in the dorms freshman year. Even though we have both graduated, we still talk on the phone and online frequently.

      Recently Jon helped me through a very tough time in my life. I moved a thousand miles away from home to pursue a Ph.D. in polymer science at the University of Massachusetts; I started in the fall of 2006. That same fall, one of our close friends, Layla, committed suicide. I have never dealt with anything like this in my life, and it was devastating to me. Jon and I met Layla freshman year, and we were her two best friends at college. Her sudden death shocked and disturbed us both. A little more than one month later, my grandmother passed away. Dealing with the death of two people that I loved was tough, but I would talk to Jon every time I was feeling down. I felt extremely depressed for a long time; I wanted to drop out of school, pack my stuff, and come home to Illinois to be closer to friends and family. Jon helped me through this dark time in my life and helped me put my goals in perspective. Jon made me realize why I decided to go to graduate school in the first place, and those reasons have not changed even if other parts of my life changed drastically. With his help, I decided to stay in graduate school and work towards my Ph.D.

      Jon is the type of person that I can talk to openly about my problems. He helped me through the roughest part of my life. Without a doubt, I will stay in touch with Jon for the rest of my life. He is a kind and caring individual, and he is an important part of my life.

Sincerely,


Jeff Kalish

TO:      The Honorable District Court Judge Michael Mihm
FROM:    Rob Counce
DATE:    January 8, 2008
RE:      Jonathan Counce

Your Honor –

My name is Rob Counce, and I am writing this letter on behalf of my younger brother, Jonathan. I have an MBA in international business, have lived in both Japan and the US, and have consulted for Fortune 100 companies for the last 10 years. I live in the New York City metro area, and I am currently employed as a Senior Manager at Pfizer.

As Jonathan's older brother, I have obviously known him all of his life. But I feel particularly lucky to have a strong relationship with him that is not just based on passing conversations at the holidays. I know my brother as a person, and I am struck by his honesty, strength of character, and compassion for others.

Our family is very close, and Jonathan and I have always been able to talk honestly with each other and to our parents. This strong family dynamic gave both of us the comfort to come out (as being gay) to our parents and others at early ages (before reaching high school). Also, Jonathan has always felt comfortable introducing us to his friends over the years, and he has had his share of normal dating relationships with successes and heartbreaks. His friends often tell me that they admire the fact that he can talk and share things with his family as openly, honestly, and easily as he does with his friends.

I believe that this type of honesty also extends to a need to be honest with himself as well. In high school Jonathan felt compelled to look more closely at his relationship with God, and through some thoughtful soul-searching, chose to join a church that more closely resonated with his religious beliefs. I was impressed with his commitment to this church, which included speaking at public events and leading peer-group sessions. Many of his closest friends today are those he met there years ago, and who he continues to go to church with today.

In college when I asked him about his preferred career path, he mentioned being drawn to both psychology and law. At first I thought that he probably felt a psychology degree would be helpful when preparing for law school. But instead, I was encouraged to hear that Jonathan's underlying drive was his desire to work on human rights issues or help individuals overcome problems. This drive to help people also maps to discussions I have had with his friends over the years, who would consistently tell me that Jonathan is a great listener, and that they trust his thoughtful advice.

I understand the crime to which Jonathan has pleaded guilty, and we have had conversations about his remorse for his actions. But as you can see in the examples above, he has also been a very positive member of society throughout his life; he is resolved to continue down this path and continue to positively impact the lives of others after he has completed his sentence. Please consider this in imposing as lenient a sentence as possible.

Respectfully,

*Rob Counce*

Rob Counce

## **Education/Honors**

- Accepted for Fall of 2007 at the following law schools: William Mitchell (St. Paul), Mercury (Detroit), New England (Boston), Florida Coastal (Jacksonville, FL), Touro (New York City)
- Accepted for the waiting list for Fall of 2007 at the following law schools: Pace (New York City), St. Thomas (Minneapolis), Southern Illinois, Southwestern (L.A.), Chapman (Orange County), Capital (Columbus), Western New England (MA)
- Chosen as winner of Gay/Lesbian-themed essay contest (sponsored by the producers of the TV show *Will & Grace*) at Emerson College in Boston and earned a half-tuition scholarship

---

**2002-2006**                    **University of Illinois**            **Champaign/Urbana, IL**

- Earned Bachelor of Arts degree in Psychology, with a concentration in pre-law
- Earned G.P.A. of 3.16 on standard 4.0 scale
- Earned proficiency credit for English by taking pre-entrance exam
- Took at least 12 hours of concentrated interest in business, speech communication, and Italian

**1998-2002**                    **Richwoods High School**                      **Peoria, IL**

- Earned National Merit Award for grades and community service
- Ranked 11th in a class of over 250
- Made honor roll every semester for all 4 years
- Earned G.P.A. of 4.9 on an enriched weighted 5.0 scale
- 1st runner-up to Class President senior year

**1994-1998**              **Washington Gifted Middle School**                  **Peoria, IL**

- Chosen from a city-wide selection of students to take entrance exam and interview
- Was one of the sixty students chosen in Peoria to enroll (based on entrance exam and interview)
- Maintained an 'A' average all four years
- Speech was one of three chosen to present at the graduation ceremony
- Top seller in school fundraiser three years in a row
- Won second place and an honorable mention two years in a row at the city-wide Economics Fair

**1989-1994**            **Roosevelt Magnet Elementary School**                **Peoria, IL**

- Chosen from a city-wide selection of students to enroll in this magnet school, which strongly emphasizes the arts and music
- Maintained an 'A' average all five years
- Chosen to be treasurer of third-grade class
- In one of three couples chosen to dance at Brown Bagget at the Courthouse
- Won city-wide Young Authors award in third grade

## Activities/Leadership

### Undergraduate Psychology Association (University) 2005-2006

### PRIDE (Gay/Lesbian University organization) 2002-2003

### Unitarian Universalist Youth Group (church) 1999-2003
- Represented group at eight district conferences and two international conferences
- Chosen to be week-long group leader at international conference
- Chosen to lead week-long workshop at international conference
- Chosen to serve as youth board member for one year
    - Represented youth group at monthly meetings
    - In charge of planning events/activities

### Rainbow Youth Outreach (Gay/Lesbian youth group) 1998-2002
- Chosen to serve as youth bored member for one year
    - In charge of planning and coming up with new activities/events
    - Attended monthly meetings
- Chosen to speak and head discussion panel at several local, state-wide & international events:
    - Gay, Lesbian, Bisexual, & Transgender Midwest Conference (international)
    - Bradley University student conference (local)
    - Illinois High School Teachers Association (state-wide)

### Key Club (community/school volunteer service organization) 1999-2002
- As a regular member, participated in up to 15 community and school activities/events per year
- Chosen to served as President for one year and Vice President for one year
- As an executive officer:
    - Started club's first website
    - Lead/coordinated/planned majority of volunteering events & activities
    - Participated in 15-30 activities per year
    - Took charge of bulletin board display
    - Kept track of membership data and completed activities
    - Ran meetings every month
    - Completed club newsletter every month (initiated change to more fun format for students)

### International Club (school) 1999-2002
- Chosen by peers to serve as President for one year
- As executive officer:
    - Coordinated international cuisine at each monthly meeting
    - Coordinated/lead/planned each monthly meeting

### Spanish Club (school) 1999-2002

### S.A.D.D. (Students Against Drunk Driving; school) 1999-2002

### Marching band (school) 1998-2002

Accomplishments                                                                   Jonathan Counce, 3

- As a regular member, participated in each monthly meeting/activity
- Played both the alto saxophone and bass clarinet

### Speech (school team) 1998-2000

### Cross Country (school team) 1998-2000

### High School Choir (church) 1998-2000
- Chosen to sing a solo in the Christmas Pageant

### Bell Choir (church) 1996-1999

### First Baptist Youth Group (church) 1989-1999
- Minister was so inspired by an note I wrote in elementary school about "Ten Ways to Love Jesus," that he devoted an entire Sunday worship service preaching a sermon around it, giving me full credit

### Math Counts (school team) 1995-1998

### Softball (school team) 1994-1998
- Team won first place three years and second place one year

### Odyssey of the Mind (school drama/academic organization) 1994-1995; 1997-1998
- Team won third place in city-wide competition

### Band (school) 1994-1998

### Young Adult Choir (church) 1994-1998

### Varsity heavyweight basketball (school team) 1996-1997

### Literary Club (school speech team) 1995-1997

### Chimers Choir (church) 1994-1996

### Children's Choir (school) 1992-1994
- One of few chosen to sing in two different operas at the Civic Center – *Carmen* and *La Bohemme*
- Not only sang for school, but at dozens of community and state-wide events

### Children's Choir (church) 1989-1994

### Sign-Language Choir (school) 1991-1992

## **Work Experience**

| **2000-2008** | **Monicals Pizza** | **Peoria and Champaign, IL** |

Waiter (mainly), front-counter/cashier, pizza-maker, bus boy, kitchen preparation

- Received an "excellent" rating at every six-month evaluation for over seven years
- Worked part time during every college school semester
- Earned bonuses for training new employees (including assistant managers) on the computers, phones, kitchen preparation, and waiting and bussing tables
- Worked regularly in two Peoria locations and one in Champaign
- Was chosen by boss to help train/fill-in when a new location opened in Morton

| **2005-2006** | **Dental Arts Laboratories** | **Peoria, IL** |

Research assistant, assistant to operations services manager, industrial engineer

- Client data entry
- Performed production time studies; compiled data into Excel spreadsheets for compensation program
- Received superior reviews from boss

| **1997-1999** | **Jon's DJ Co.** | **Peoria, IL** |

Disc jockey

- Managed own personal DJ company
- Donated 10% of all profits to St. Jude Children's Hospital
- Provided music and light show for weddings, school dances, and community organizations



# UNIVERSITY OF ILLINOIS AT URBANA - CHAMPAIGN

## Urbana, Illinois 61801

Student Name: Counos - Jonathan William

University ID: 653535806

Issue Date: 04 - Jan - 08

Level: Undergrad - Urbana-Champaign

Day - Month of Birth: 11 - Sep

Issued to: University of IL Urbana-Champaign
18733 N. Boat Oak Rd
Peoria, IL 61615
United States of America

Carol E. Malmberg, Registrar

This transcript printed on SCRIP-SAFE security paper. See reverse side of document for explanation of contents. Further authorization may be obtained by calling (217) 333-XXXX.

ISSUED TO STUDENT IN A SEALED ENVELOPE

# UNIVERSITY OF ILLINOIS AT URBANA - CHAMPAIGN

## Urbana, Illinois 61801

Student Name: **Counce, Jonathan William**

University ID: 661555806                      Issue Date: 03 - Jan - 08

Level: Undergrad - Urbana-Champaign          Date Matriculated: 11 - Sep

Carol E. Mullinger

Carol E. Mullinger, Registrar

ISSUED TO STUDENT AND OTHERWISE

January 10, 2008

Dear Judge Mihm,

I am writing this letter today in support of Jonathon Counce, who I believe is
www.peoriauuchurch.coming before your court for sentencing. I have known Jonathon for about
ten years. He has been a friend of one of my sons and has been in and out of
our house dozens of times. He is also a member of the church I serve as
pastor and was part of our youth group in his teen years.

It is my understanding that Jonathon is accused of a serious offence that
could land him in prison for a number of years. I have no legal expertise so
I certainly can not comment on those issues. But on the human level I
believe Jonathon to be a worthwhile young man with great promise in life.
As you may know he recently received his bachelor's degree from the
University of Illinois and was admitted to several law schools. He is
intelligent, mannerly, and not in the least malicious. I have no doubt that he
has issues that merit further attention but he is certainly not a criminal in the
ordinary sense of the word.

It is difficult to imagine how society will be better off with Jonathon in
prison; indeed I think society will be worse off for putting a talented young
man into a very difficult environment that will have a huge impact on his
life. I do not believe that he is dangerous to society, but who knows what
he may become after spending years in prison? It is hard to believe that
prison will make him a better person or make our society safer.

I repeat that my input, of course, is not about legal issues. That is not my
expertise. But I do raise my voice in favor of a promising young man
whose future is in grave danger and I ask you to consider this truth in your
decision as well. Thank you very much.

Very truly yours,

Michael Brown

Rev. Michael W. Brown



Universalist Unitarian Church of Peoria

*a voice of progressive religious tradition since 1843*

P | 309 688.5608     E | office@peoriauuchurch.org        3000 W Richwoods Blvd
f | 309 688.5627         minister@peoriauuchurch.org     Peoria, Illinois 61604

January 8, 2008

Karen Solomon-Dunn

3721 W. Pagewood Dr.

Peoria, IL 61615

309-256-2517


District Court Judge Michael Mihm:

I have known Jonathon Counce since 2000. I am a state certified educator. I currently teach high school students study skills. My daughter and Jon have been friends since then. I encouraged my daughter to hang out with Jon, because I know him to be man of good character and honor. I knew him to always be a good influence to my daughter.

Mr. Counce is an intelligent, sensitive, honest, reliable, modest young man. Jon is the kind of individual that makes our society a better place to live. As an educator I recognize Mr. Counce to be an accomplished and trustworthy young man. I feel that he would never harm a human being.

We need more young people like Mr. Counce in our community.


Best Regards,

Karen Solomon-Dunn

January 7, 2008

Aisha Alhassan

3721 W. Pagewood Dr.

Peoria, IL 61615

(309) 370-1500

District Court Judge Michael Mihm:

My name is Aisha Alhassan; I am currently a student at Southern Illinois University in Carbondale. I am currently a practicing Respiratory Therapist and finishing up my bachelor's degree in Community Health.

I have known Jonathon Counce since he and I were freshman at Richwood's High School in fall of 1998. Jonathon and I were employed at Monical's Pizza in 2000 and have worked together all through high school. Jonathon has always been an honest, reliable and good friend. I feel he is a man with good morals and good judgment. He also is very talented, humble, educated and intelligent; with a bright future ahead of him. I believe that Jonathon would make a great contribution to society with the combination of intelligence and dreams.

Best Regards,

Aisha M. Alhassan

District Court: Judge Michael Mihm,                    January 8, 2008

My name is Melissa Baxter and I am writing to you today in support of Jonathon Counce. I am general manager of Monical Pizza Restaurant. I have been with this company for 19 years. Jonathon has worked for me for the last 7 years while attending both high school and the University of Illinois. I have always admired and respected him. I have watched him grow and develop into a promising young adult.

Jonathon has been a very good employee throughout the years. He has good work ethic, and has always conducted himself in a professional and respectful manner. These qualities are becoming rare in younger individuals in this business. He has always been trustworthy and honest. We share a mutual respect as employer/employee and as friends. I admire Jonathon's sincerity and dedication.

I have been married for 17 years and have two children. We belong to First United Methodist Church in Pekin. While I do not know the law, I believe that I am a good judge of character. I feel that although Jonathon may have made a mistake, he did not knowingly commit the crime for which he is being accused. I believe with all my heart that he is in no way malicious or a danger to society. I can not believe that he would benefit in any way by spending time in prison. He is a productive and smart young man.

I am writing to you because I am concerned for Jonathon's future. Thank you for your time.

                                        Sincerely Yours,

                                        Melissa Baxter

                                        Melissa Baxter

Windows Live Hotmail Print Message

Windows Live™

## For Jon Counce
From: **Triet Vuong** (triet.vuong@gmail.com)
Sent: Wed 1/09/08 11:59 PM
To: JPLonergan@hotmail.com

Dear Judge Mihm,

My name is Triet Vuong and I am currently a senior majoring in Biochemistry at the University of Illinois at Urbana-Champaign. I attended University Laboratory High School, which was three years after moving to Urbana from Vietnam in 1996. I have a 3.7 GPA and will be applying to dental schools within this coming year.

I met Jon in the summer of 2006, at which time he was taking summer classes to finish up his bachelor's degree in Psychology. We started dating in October 2006 when he had already moved back to Peoria, only seeing each other occasionally. I travelled to Vienna, Austria for a study abroad program from February to July 2007, at the end of which we broke up due to long distance constraints on the relationship. Despite that we still get along great as friends.

During the time period in which I got to know Jon, I found him to be a very kind and caring person. One of his best qualities is his intelligence. I admired his ambitions of going to law school and truly believe that he would have made an invaluable member of the new adult generation upon graduation. To disallow this passion and talent to be fully realized would be a great diservice to society. To the extent of which I knew Jon, he always displayed maturity even in unfavorable circumstances. Particularly, he was the emotional pillar on which I relied when I first came out to my parents as a gay person. So I am ernestly pleaing you to consider if incarceration really fits the crime in this case and the cost, financially or otherwise, that will be incurred on society.

Sincerely,
Triet Vuong

January 10, 2008

The Honorable Judge Michael Mihm:

This letter comes on behalf of Jonathan Counce, who I have known since he was a little boy. I was Jonathan's Sunday school teacher for several years and also served as his elementary and middle school principal when he attended Roosevelt Magnet School for the Performing Arts in Peoria.

Jonathan was always well liked by his peers and made friends easily. Although I was aware of his homosexuality later in life I would never suspect or believe that he would be a pedophile.

I would like to believe he is innocent of such behavior and would hope that the court's decision would be a thoroughly thought through process.

Respectfully,

Paul Phillips
Retired District #150 Principal

2001 N. Parkway
Corinth, Ms. 38834
January 7, 2008

The Honorable Circuit Court Judge, Michael Milm

Re: Jonathan Counce

Dear Judge Milm:

My name is Sue Hale. I am writing on behalf of
my nephew, Jonathan Counce. His mother and I
are sisters.

I was a private piano teacher for many years. Later
I worked for ITT in the Human Resource Department. I
am presently employed by Refreshments, Inc. in the
money room department. I have three children and
six grandchildren.

Although I have not been with Jonathan on a
daily basis, due to distance, I was with him every
Christmas and other times during the year when he
and his family came to Corinth to visit. I have always
known Jonathan to be honest, trustworthy, mannerly,
creative, and a hard worker. He is very loving, kind,
and compassionate toward others.

My children and grandchildren are very close to
Jonathan and enjoy being with him on his visits
to Corinth. He is always good natured and fun
loving and they always look forward to his
visits.

I am deeply concerned about the physical, emotional, and psychological effects that Jonathan's incarceration will have on my elderly Mother. She is a very Christian woman and always taught by precept and example the Christian morals of life.

I am praying that you will have mercy on Jonathan concerning his sentencing. Perhaps you will consider giving him the minimum prison sentence or even allowing him not to be incarcerated, but to use this time in service to others or informing the public about the seriousness of this crime.

I will appreciate any consideration you can give to Jonathan.

Respectfully submitted,

Sue Hale

To Whom it may concern:

My name is Vanessa Henderson, I am 35 years old, and a former supervisor of Jonathan Counce. I graduated from high school in 1990, from Richwoods, attended ICC for a period of time, but recently completed my degree at the Western International University, and am currently attending the University of Phoenix online program to earn my Bachelor's Degree in ~~Business~~ Management.

I have worked for Manionals Pizza for approximately 19 years, where I had the wonderful experience of being Jon's Supervisor at the Willow Knolls location.

Working with Jon was a wonderful experience. Jon was always on time and ready to work, with his wonderful attitude. Jon never posed any problems, and did his job to the best of his abilities.

Personally and professionally Jon is a wonderful person. Jon deserves to follow his dreams and be successful. Jon is a person of great character and high moral standards. Jonathan is a very honest and trustworthy person, and I would trust him with my life.

Thank you for your time.

Vanessa Henderson



**AXA Advisors, LLC**

**Clarence A. Christe,** CLU
Registered Representative

 

January 7, 2008

Michael Mihm
District Court Judge

Dear Sir:

We have lived in Peoria, IL for over 70 years. I have been a Financial Advisor with Equitable/ AXA for 50 years. My wife is a homemaker and was a stay at home mom.

We have known the Counce family for 30 years, living next door to them all of that time. We have known John since he was born. Even before he was born, when brother Rob decided to educate him early by reading to him.

John has been raised in a loving Christian family. He has always been respectful and well thought of.

Sincerely,

Clarence A. Christe

**✔AXA ADVISORS**

6919 N. Knoxville Avenue, Suite 202, Peoria, IL 61614  Tel: (309) 692-5772  Fax: (309) 692-9185

Securities offered through AXA Advisors, LLC (NY, NY 212-314-4600), member NASD, SIPC
Annuity and insurance products offered through  AXA Network, LLC and its subsidiaries.
**www.AXAonline.com**

January 5, 2008

District Court Judge Michael Mihm:

My name is Ron Brown and I am a registered nurse (RN) of nearly two years. I am currently employed by Methodist Medical Center of Illinois in Peoria as an Emergency Department RN. A 2006 graduate of Graham Hospital School of nursing, I graduated with high honors. Currently, I am pursuing a Master's degree in Science Nursing (MSN) focusing in nursing leadership and management and hold a 4.0 GPA.

I have known Jonathan Counce for over a year now. We met at a social gathering after being introduced by close personal friends. Jon and I immediately became close friends after he displayed qualities which I desire my close friends to display. Jon is kind, friendly, always willing to lend a hand or an ear to a friend in need, sophisticated, and educated. He was there for me when I was going through a turbulent time in my life. Guiding me with knowledge and friendship, pushing me on, Jon imparted his kind words and excellent friendship traits to me when I needed him most. He knew exactly how to help a friend.

Jon is a baccalaureate college graduate from the University of Illinois at Champaign/Urbana. Jon has ambitious goals for his future, and has the potential to go very far in life. With his strong drive, organization, and application abilities, partnered will a well-mannered, appropriate, jovial personality; Jon displays the characteristics to be a great social contributor. Jon has discussed with me how he planned on going to law school to better this world. Society deserves Jon's drive, skills, and ambition. He is going to make it, and will let nothing stand in his way of success.

I am privileged to call myself a Jon's friend. It saddens and angers me that he is in the predicament that he is in, facing punishment that seems overly harsh and extreme; I do not see

how this is socially just. There are much larger problems in our society, yet a person who deserves to be making the world a better place is facing prison time. I beg and urge reconsideration of the accusations and charges Jon faces. Let him prove that this was a mistake and that he can overcome these challenges. I look forward to seeing what the future hold for him.

Sincerely,

Ronald L. Brown, RN

September 28, 2007

Dear Judge Mihm,

I am writing this letter today in support of Jonathon Counce, who I believe is
coming before your court for sentencing. I have known Jonathon for about
ten years. He has been a friend of one of my sons and has been in and out of
our house dozens of times. He is also a member of the church I serve as
pastor and was part of our youth group in his teen years.

It is my understanding that Jonathon is accused of a serious offence that
could land him in prison for a number of years. I have no legal expertise so
I certainly can not comment on those issues. But on the human level I
believe Jonathon to be a worthwhile young man with great promise in life.
As you may know he recently received his bachelor's degree from the
University of Illinois and was admitted to several law schools. He is
intelligent, mannerly, and not in the least malicious. I have no doubt that he
has issues that merit further attention but he is certainly not a criminal in the
ordinary sense of the word. To the best of my knowledge he did not
intentionally distribute child pornography.

It is difficult to imagine how society will be better off with Jonathon in
prison; indeed I think society will be worse off for putting a talented young
man into a very difficult environment that will have a huge impact on his
life. I do not believe that he is dangerous to society, but who knows what
he may become after spending years in prison? It is hard to believe that
prison will make him a better person or make our society safer.

I repeat that my input, of course, is not about legal issues. That is not my
expertise. But I do raise my voice in favor of a promising young man
whose future is in grave danger and I ask you to consider this truth in your
decision as well. Thank you very much.

Very truly yours,

Michael Brown

Rev. Michael W. Brown

Universalist Unitarian Church of Peoria

*a voice of progressive religious tradition since 1843*

P | 309 688.5608    E | office@peoriauuchurch.org    | 3000 W Richwoods Blvd
F | 309 688.5627    | minister@peoriauuchurch.org    | Peoria, Illinois 61604

www.peoriauuchurch.org

January 5, 2008

To Circuit Court Judge, Michael Mihm:

My husband and I are writing on behalf of Jonathan Counce, who approaches his January 25th trial date.

I am a retired teacher of 26 years, and my husband has owned a business for 30 years. We have known Jonathan's parents for 40 years, and their boys since they were born. If ever there was a hard-working, law-abiding, church-going, loving, honest, and respectful family, the Counce family is all that and more.

Jonathan has excelled in academics at Washington Grade School, Richwoods High School, and the University of Illinois. During his 4 years at Richwoods High School, he was in Key Club, and served his school and community as its president for his junior and senior years. He played the saxophone in the school band from 5th grade through his senior year in high school. Upon his graduation from college, he was accepted by at least three law schools, and had planned continue his education in the fall of 2007.

If there is a young man of positive potential, we believe Jonathan fits that description. We hope that some alternative to incarceration can be found. Perhaps he could serve his punishment doing community service, helping to speak out against crimes against youths, and/or educating internet users who might unwittingly promote crimes against youths. If he is allowed to pursue his education as a lawyer, he will surely make a positive contribution to society.

His family and friends pray that somehow justice will give this young man a chance at reprieve.

most sincerely,
Lindsay M. Anderson
Jerry D. McThuan

1623 Holland Ct.
Chillicothe, IL 61085
January 6, 2008

The Honorable Michael Mihm
% John P. Longergan, Esq. Attorney at Law
411 Hamilton Blvd. Ste. 1708
Peoria, IL 61602

To The Honorable Judge Michael Mihm:

I am a long time friend of the Counce family and have known Jonathan Counce since birth. I am currently a third grade teacher and have taught for 25 years in the Dunlap School district.

The Counce family and I have known each other for 40 years, and they have interacted with my family and children since we have all had families. We have shared holidays, birthdays, deaths, graduations, and just general friendship for that long.

We know the family to have been very active in their church, community organizations, and school functions. As a family, they have always been involved in their children's education , with both mother and father participating in many school functions at Roosevelt Magnet School, and  Washington School for the gifted.

I believe that with Jonathan's great scholastic and intellectual ability, and with the support of his parents, his time would be better spent speaking to the public/other college students regarding his situation, how serious it is, and helping convince them again it. His talents would greatly benefit community service projects, and because any report or project than Jonathan has ever done, he has the backing of his parents and has done an exemplary job at, he would be an invaluable resource.

I am asking that you consider these possibilities as time better spent than incarceration.

Thank you.

Sincerely,

Patricia A. O'Boyle
Patricia A. O'Boyle

DATE:       January 6, 2008

TO:         The Honorable Circuit Court Judge, Michael Mihm

RE:         Jonathan Counce

Dear Judge Mihm:

I am writing to you on behalf of Jonathan Counce whom I have known his entire life. I have seen him grow up and become an intelligent, hard working, and creative young man.

I have been a nursing professor at Bradley University for almost 28 years. I am currently a member of the Peoria County Board of Health. I received my bachelor's degree from the University of South Carolina, my Master's degree from UIC-Peoria and my doctorate from SIU-C. I have worked at the Peoria Health Department, at the University of Illinois, at the Proctor Hospital Chemical Dependency Center and White Oaks Detox Unit. I believe that these experiences – plus those of being a parent and a grandparent – have made me a strong judge of character.

Jonathan and his parents Bob and Betty Counce and their son Rob have been very good friends – more like family - of mine since 1968 when Bob and Betty and I first met in Peoria. The entire Counce family have been upstanding citizens in their respective jobs, active in their church, and kind and generous with their friends.

My daughters – Claire Enter Perry, Ashley Adair Enter, and Kellie Enter Walker – all have celebrated many happy and fun times with Jonathan over the past 20+ years. My husband Dave Hinrichsen and I have welcomed Jonathan and his family into our home on numerous occasions over these many years. For many years the Counce family and ours have spent Thanksgiving together.

We want to express to you what an intelligent, ambitious, thoughtful and kind person Jonathan has always been. We are all devastated at the thought of Jonathan being perceived in any other manner.

In my opinion, Jonathan is deserving of your compassion in his current situation. I believe that Jonathan would not be helped, but rather harmed, by being incarcerated. Please consider allowing Jonathan to use his intelligence, his personality and his unfortunate experience to prevent others who might think his situation could not ever happen to them.

Thank you for your consideration.

Bonnie B. Hinrichsen, RN, PhD

January 5, 2008

To circuit Court Judge Michael Mihm:

I am writing this character reference for Jonathan Counce. My name is Janet Colvin and I was the Library Manager at Roosevelt Magnet School for many years before my retirement in 2004. All of my working years were working with grade school children.

I first remember Jonathan as a little second grade student with the "Bart Simpson" flat top haircut; I was always teasing him about that. He was a very mannerly and fun student to be around. By the time he was in fourth grade I knew he was very smart. We had a computerized Accelerated Reader program in the library. The children had to come to the library to take their tests; Jonathan was taking and passing high school level tests at that age. He also would come and help in the library whenever I asked for an assistant. After fourth grade he was chosen to go to the gifted school. About this time his Mother started teaching at Roosevelt and we became friends. I have now known the family for several years. Jonathan's entire family are wonderful people – church going and honest, very caring and helpful to their friends and also to strangers.

I think society would benefit more if Jonathan would be able to serve his punishment by doing community service. There are lots of things he could do that would make a big difference – speaking to public or college level school groups about his experiences and consequences of his actions. I am sure he would like to finish his education and become a good member of this county.

Thank you,

Janet Colvin

Janet Colvin
10420 Princeville-Jubilee Rd.
Brimfield, IL 61517

January 5, 2008

Dear Circuit Court Judge Michael Mihm,

I am a retired teacher from District #150.  I taught in the District for 34 years beginning in 1972 and retiring in 2006. I am currently still working in the district as a tutor three days a week.  I am a member of the Family Selection committee for Habitat for Humanity and a member of Neutral Ground, a mission that services HIV patients at my church, First United Methodist.

My first introduction to the Counce family was when Jonathan was in first grade at Roosevelt Magnet School where I worked. I remember his teacher telling me how bright he was and that he was a born leader. Throughout his time at Roosevelt, his teachers would always speak in a positive way about his exceptional intelligence as well as his bright, cheery attitude. Several years later, I taught with and became friends with Jonathan's mother.  It was then that I knew Jonathan had come from a stable, loving, Christian home. With the help of his family, Jonathan flourished throughout his time at Washington Gifted School and Richwoods High School. After entering and graduating from the University of Illinois, Jonathan's decision to help other people became a reality when he was accepted into law school.

Now, when I think about Jonathan, one important aspect of his personality comes to mind.  He is and always has been a "real" people person. Where ever he is or whatever he is doing, he is always surrounded by others wanting to be part of his zest for life and his eagerness to change things for the better. It is for these reasons that I feel Jonathan's time would be better spent doing some kind of community service rather than being incarcerated. His ability to speak to other college students about his situation or to provide services for the adult needy people in our community could be invaluable.

Judge Mihm, I ask that you please take into consideration the positive contributions Jonathan could make to the community before deciding his sentence.

Thank you,

Susan J. Wolpert

6804 N. Bobolink Rd.
Peoria, Illinois 61614
January 6, 2208

To:  His Honor, Michael Mihm
     Federal Circuit Court Judge


Dear Sir:

It is not my intent in this letter to diminish the seriousness
of the charges faced by Jonathan Counce, but rather to
testify to the character of the young man facing sentencing
on January 25, 2008.

My husband and I have been friends of the Counce family
for over forty years.  We know them to be caring,
concerned, Christian people.  I myself am a retired District
150 teacher who in my thirty-five year career has had the
opportunity to work with many fine young people.
Jonathan Counce was one of my students.  I was Jonathan's
third grade  teacher.  He was then, as he is now, bright,
hard-working, kind, and dependable.  Since that time he has
gone on to graduate from the University of Illinois and gain
acceptance into law school.  His young life is full of infinite
potential.

 I question not that he should be punished, but whether the
punishment will fit the crime he has committed.  Perhaps
Jonathan would be better served by being placed under

probation and completing an extended period of community service. Truthfully, I fear for his safety in a correctional institution. I wonder if the long range gains from serving time would benefit Jonathan or the world in which we live.

Sincerely,

*Dianne Reed*

Dianne Reed

January 5, 2008

TO:  Judge Michael Mihm

My name is David Hinrichsen and I teach seventh and eighth
grade Reading Development and Literature at Columbia
Middle School in District 150.  I have been teaching for the
past twenty years both at Columbia and previously at Blaine
Sumner Middle School.  Prior to teaching I served in the U.S
Army and completed two tours of duty in Vietnam.  Upon my
return home I was employed by the City of Peoria as a Peoria
Police Officer beginning in 1972.

I first met and began to know Jonathan Counce and his family
in 1993 when my wife Bonnie and I were married.  We
celebrated many holidays together and continued this tradition
every year at Thanksgiving.  My first and continuing
impression of this young man was positive and made me keenly
aware of how well he was being raised by his parents.
Jonathan was consistently open, polite and sincere about any
topic we discussed.  This was especially true regarding school
and his future aspirations.

Jonathan attended Roosevelt Magnet School and then
Washington Gifted School in District 150.  He was not only a
gifted student, but was generous in his praise for his teachers
and their positive influence.  Some of our discussions were
based on his general good feelings about school and teachers,
but spoke well of his ethical foundation of being grateful to
others.  Jonathan has never shown me a vindictive nor cynical
side of his personality even when a controversial subject was
being discussed.  His opinion may have been critical but it was
always fair.  His reputation with other teachers I knew
supported my thoughts and observations because they were so
similar.

**Roger P. Allen**
**5926 N. Sherwood Ave.**
**Peoria, Illinois**

January 6, 2008

To: Honorable Judge Michael Mihm

We are writing to you today to inform you of our support for Jonathan Counce, whom we have known since he was born. But first we would like to give you a little information about ourselves.

Charlynn, Mrs. Roger Allen, is a native Peorian and retired teacher from District 150. She spent most of her teaching career devoting her life to young people in the middle schools of Peoria below the bluff. During this almost twenty five years she developed an understanding of what it takes to grow up in some of Peoria's most diverse neighborhoods. She worked with many young people and knows first hand what it takes to break the mold in which many of these individuals find themselves trapped.

Roger, also a native Peorian, is currently an investment administrator with Caterpillar Inc. participating in the management of the assets of Caterpillar's funded benefit plans. But more importantly he has been an elected trustee of the Pleasure Driveway and Park District of Peoria since 1979. During this time he has developed an understanding of what types of things can get our young people into trouble and what it takes to correct the problems.

We have known, and have been friends with, Jonathan's parents since the late 1960's. They have been very involved in the raising of their two sons. Bob and Betty have taught their sons the importance of family, religion, and education, which has helped them become responsible adults. They are individuals who have earned our respect.

Knowing Jonathan the way we do we are absolutely sure that incarceration is not the best way to handle this situation, both for Jonathan and for society. Jonathan is very intelligent and our community would surely benefit from his service and counseling of other individuals who might find themselves in similar circumstances.

We look forward to Jonathan becoming a valued partner of our community in helping those that need help.

Very sincerely,

Charlynn S. Allen

Roger P. Allen

December 17, 2007

Re: Jonathan Counce character reference

Dear District Court Judge Michael Mihm,

My name is Audre Lee and I have known Jonathan (Jon) Counce for 6 years. I am grateful to call him my friend, for he is one of the most caring and genuine people that I know. Even though we've been apart in distance since graduation, Jon is very near to my heart and it is comforting to know that while times and people inevitably change, great friendships last. In fact, it is challenging to put such feelings into words, but I hope that in the next few paragraphs I will be able to convey how giving, reliable, and down to earth he is. These are the qualities that make him stand out as a friend in my life, and inspire me to be a better friend to everyone I know.

The first time we were acquainted was at the University of Illinois. We lived across the hall in our dorm room in Champaign, and I remember him inviting me and my roommates and girlfriends to a snow cone party. Jon had a snow cone maker that he brought to school with him, and organized the first "ice breaker" of my college career. This was the beginning of many other experiences that would form our friendship – midnight snack study breaks, walks to classes, trips to the cafeteria, and pizza/tv parties. As our friendship grew and we got to know one another better, I truly learned to appreciate his zest for life and overall spirit. I had no doubt living together in an "off-campus" apartment with two of our other friends in the following school year was going to be a good decision.

It was in that second year of school that Jon really held his own in terms of demonstrating how a reliable person he was. When it came to decisions such as splitting groceries, paying bills and taking care of an apartment, Jon was always reasonable and dependable. However, he always knew how to have fun, which helped keep him approachable, and very much down-to-earth. While my attitude often tends to be somewhat perfectionist and unrealistic at times, Jon knows how to talk me down from fanatic worries. To this day when we chat on the phone and I share my concerns, he is able to listen and offer good advice. A perfect example of this was my most recent job change. After months of being unhappy with my role at Ameriprise Financial, I

remember talking to Jon and expressing my frustrations and telling him how I wanted to just quit without lining anything else up. He offered a good suggestion – to quit only after I met just once with a recruiter. This seemed to be a very realistic and down-to-earth suggestion given my youth and situation. While many other people were telling me not to quit without having another job fully secured, Jon helped me realize that I probably would not interview very well with the stresses of my role at Ameriprise. His advice led me in the right direction – within 4 weeks of quitting I found my current job at Goldman, Sachs and Company. I owe a great deal of my successes to the attitude that Jon has imparted me with. In this most recent example, I may not have had the courage to make such a fantastic move for my career without his suggestion and support.

One of the greatest lessons I have learned in life from people just like Jon is that having a good attitude is half the battle. Life throws curve balls and may not always be what you expect, but the quicker you can accept a situation that may be trying, the better off you are and the closer you will be to achieving what it is that you would like. Jonathan Counce has always been able to keep a good attitude, and this is how I know he will be happy in the long run.

Sincerely,

Audre Lee

Audre Lee

Dear Circuit Court Judge Micheal Mihm,

I am writing this letter to testify to Jon Counce's moral character.

I have known Jon for over five years now. I met him freshman year of college in the Fall of 2002. We lived in the same dorm, and became good friends. We also took some Economics classes together, and sophomore year we shared an apartment with two other people. During college, I got to know Jon quite well, and we have kept in touch by phone since.

In June of 2006, I moved to California to work as a research software engineer for IBM, and have filed 1 patent so far. By 2007 I remotely finished my Master's thesis while working at IBM to receive a combined Bachelors and Masters degree in Computer Science, with a 3.9 GPA.

I know Jon to be a very honest and responsible person who could always be relied upon. He was the first one of our friends to get a car in college, and he was very willing to drive other students to the grocery store, or to pick people up in case of an emergency. When we lived together, Jon was easy to live with, and always willing to help clean the apartment. He spent a lot of his time studying, and organized study groups for his psychology and math classes. He also worked nights and weekends at Monical's Pizza, where my friends and I visited him occasionally. Aside from being honest, helpful, responsible, and hardworking, he is also a very cheerful person and a lot of fun to be around.

Amit Behal    Jan 2, 2008

Sincerely,
Amit Behal
650 Harry Road, San Jose, CA 95138
(630) 886-2369
behal@uiuc.edu

January 7, 2008

To District Court Judge Michael Mihm,

My name is Tom Livengood. I'm a truck driver at Federal Warehouse and I have one daughter, Nicole Livengood. I'm writing on behalf of Jonathan Counce whom is one of my daughter's best friends.

I got to know Jon when the two joined cross country together their freshman year of high school in 1998. Jon quickly became a regular fixture in my home and I loved having him there. Jon got his license before Nicole did so my then wife and I would depend on him to give her rides when her mother and I were unable to. We trusted him with our daughter on numerous occasions. When Nicole would go out I'd feel better knowing Jon was with her. The few classes Nicole did have trouble with Jon was always there to be her personal tutor The bond these two share is rare and I'm so glad Nicole has the priviledge of having Jon in her life.

I recently bought a new house and it saddened me that the only familiar face not at our housewarming party was Jon. I miss seeing Jon around the house and hearing the laughter that fills the house when he's around. In fact, I see less of my daughter now because she's always at Jon's house due to his house arrest. But support from his friends and family is exactly what he needs right now.

Jon is a great kid. He is dependable, loyal, generous, and responsible. It sickens me to know what this bright, young man is going through. I hope you'll consider my opinions of Jonathan as you make your ruling in his case.

Deepest regards,

Thomas P Livengood

January 8, 2008

To District Court Judge Michael Mihm,

My name is Nicole Livengood. I'm a full time teller at First Bank and I'm currently going to cosmetology school at Regency Beauty Institute. I am writing on behalf of Jonathan Counce whom I've known for over 17 years.

My first memories of Jon are from when we attended grade school together at Roosevelt Magnet School. I never got the opportunity to become 'friends' with him but what interaction we did have he always made me laugh. Jon left Roosevelt after fourth grade to attend Washington Gifted Middle School. It wasn't until freshman year at Richwoods High School that Jon became an important person in my life.

Jon and I shared many high school memories together. We joined the cross country team and the student and community services organization, Key Club together freshman year. Junior year Jon got me involved with Students Against Destructive Decisions (SADD) and Spanish Club which he was already a part of. And I was priviledged enough to have Jon as my date for our senior prom. High school wouldn't have been the same without him.

After high school Jon attended the University of Illinois, where he graduated with a bachelor's degree in psychology in 2006. Jon has always maintained an outstanding grade point average throughout school, as well as staying highly involved in extracurricular activities. He is the most ambitious, motivated and determined person I know. In 2007 Jon planned on attending law school, but due to this unfortunate situation his ambitions were put on hold.

Not only does it upset me that this is putting a wonderful young man's life on hold, but this situation is having a negative affect on a positive person. While he does try to keep a positive outward attitude I know this is devastating to him on the inside. I see it slowly killing his drive and determination, which is nothing like the Jon I know. Despite the thought of jail time Jon is trying to see the positive. He has shared with me how he would like to educate others on the severity of his actions, as well as the consequences. Jon knows he made a mistake, he sees the harm it can cause others and he wants to right his wrong.

I've known Jon for a very long time, I often refer to him as 'the love of my life'. He is always there for me and I can depend on him for anything. Not only do Jon's remarkable qualities make me stronger, those same qualities also benefit society. He is the most kind hearted, responsible, loving, giving person I know. He would never knowingly harm anyone. Please hear my plea to let this young man pursue his dreams and become the man we all know he is.

Sincerely,

Nicole Livengood

Nicole Livengood

Jonathan Counce, 1

January 22, 2008

Honorable District Court Judge Michael Mihm:

First and foremost, I would like to say how genuinely sorry I am for my actions that have brought me here today. Not only do my apologies go out to my family, the court, and society, but most importantly to people in the videos I possessed. How do I show my regret is genuine? Well, first you must be aware of some circumstances surrounding my offense. I had always thought of myself as a person with good morals. Regardless of the illegality, I knew that engaging in physical contact with minors was wrong. People under eighteen aren't expected to be able to make those kinds of decisions yet, and I would never have thought of violating someone that way. However, as long as I was not physically involving myself with a person, I thought, how am I hurting anyone by merely looking at videos involving people under eighteen?

Well, I've learned something since then that has become the most salient lesson in my life. I *was* violating someone by possessing those videos, and I didn't have to lay a finger on anyone to do it. Someone out there had to film these videos to begin with, and if you're under eighteen, you're not old enough to make a decision to be in such videos. Even though I wasn't the one making the films, I was perpetuating the activity by providing an audience for it. If there weren't people willing to watch these videos, then there wouldn't be a reason for people to make them. What's even worse is that when you first download a file, because the creator can call it anything he wants, you have no idea what the content could actually be. A video could be labeled "Titanic," for example, but it may end up being *Aliens* instead. So even though it was my intent to find videos with people a few years away from my age, because of the inaccurate titles, there happened to

be videos with children as young as eight on my computer, and that is definitely something I do not want to promote.

I'm not sure why I was ignorant of the full extent of my actions at the time. I could have been blinded by the fact that I was only twenty-one, and the people in the videos I intended to view were only a few years away from my age. Maybe it was because the internet creates a barrier between me and the people involved in the filming process. Or maybe I just simply didn't want to see the connection. No possible excuse would be valid, but what's important is that I know about it now. Even though I have no interest in viewing such material anymore, at least I have realized the true impact of my past actions. This is how I believe I am now able to say with conviction that I *am* sorry for the victims in the videos and that I understand fully why what I did was wrong.

That being said, I think it is also worthy to note that I had a lot of positive things going on, as well. I was getting old enough to get past those pornographic interests and move on with my life to do something beneficial for society. I had just graduated from the University of Illinois with a bachelors in science degree and had strong ambitions to become a lawyer. I'd already been accepted to many accredited law schools, and I was intent on making a difference for other minorities like myself who don't get equal protection under the law. And now after my offense, all the legal proceedings surrounding it, and the nine months I've had under house arrest to think about my actions, I have yet another important public service that's very important to me. I believe I need to educate people on the harmfulness of viewing child pornography and how if we diminished the audience for it that there wouldn't be any reason for people to keep putting it out there. And being a recent college graduate in a world that's becoming more

and more reliant on the internet, I know a lot of activity like mine is still going on and how easy it is for students to download illegal music, videos, and pictures without really thinking about the underlying effects.

So, Honorable Judge Mihm, I am hoping that you may consider the fact that I have learned to own up to my actions and realize there is a great amount of empathy that needs to be given to the victims. I would be grateful for any leniency or good faith gesture on your part, because I am eager to demonstrate what a constructive member of society I want to be as soon as I can.

Nov. 12th, 2007

District Court Judge Michael Mihm,

Our family has known Jonathan Counce for 10 years. He was first introduced to us by our daughter Amber, after they met as band members at Richwoods High School.

Jon has spent much time at our home over the years and has always been respectful and very well-mannered. We think the world of him, as do all the other parents of his many friends.

He is a very hard working young man. Both in attending college and with the job he has held for many years. We have been to the restaurant where he is employed and have seen him interact with his customers with his friendly smile and wonderful service. Many people request him as their waiter because of this, and I know this brings in much business for the restaurant.

Our daughter has taken many trips with Jon and we have always felt very secure in knowing that he was with Amber, to watch over her and keep her safe. They have also attended church services many times, as well as church retreats, where they both met many friends that they still keep in contact with at this time.

I have often told our daughter that a best friend who is trustworthy, understanding, and always there for you is a very precious gift.

I hope Jonathan and Amber can keep their wonderful friendship for the rest of their lives. The world could sure use more people that care about each other and strong ties that are there through life's rough places.

Sincerely,
Diana and Charles Asher

Robert and Betty Counce
6733 North Post Oak Road
Peoria, IL 61615

January 3, 2008

Honorable District Court Judge Michael Mihm:

We are Jonathan's parents and as an introduction would like to share a little about ourselves and our backgrounds. We were both born and raised in Corinth, MS as members of families that shared high Christian and moral values as well as strong work ethics. We both received university degrees (Bob in Engineering and Betty in Education) and both have had rewarding professional careers in our chosen fields. We have been married for forty-one years and have two children - Rob, thirty-five, and Jon. We have been fortunate to provide our sons with a good home and a good education.

Being parents and writing this kind of letter creates a feeling we find hard to describe. We all love our children and would do anything to protect them, even stretch the truth now and then, but thankfully we have never had to do so with ours. They are both very special yet totally different in many ways. Rob is just like his Mom - very outgoing, social, and "wired" for action. Jonathan ended up more like his Dad - laid back, quieter, and somewhat passive at times.

Although Jon is quieter and more reserved, he is very passionate, loving, caring, and is known for his passion for helping others. Many of his friends' parents have contacted us with stories about how Jon has helped their son or daughter. Jon is credited with being responsible for keeping many children in school, working with youth who seriously were considering taking their own life, and always being there for others in times of grieving or depression. His orientation for social service began as early as elementary school through several fundraisers, including a Math-a-thon (where he received 1st place every year) that donated its profits to St. Jude Children's Hospital. This drive towards community service continued at Richwoods High School where he was a member of Key Club for four years, and served as president and vice president for one year each. He was also an active counselor, group leader, and workshop presenter at both national and international church-sponsored programs and even spoke at Bradley University, as well as the Illinois High School Teacher Association Convention on "Working with Gay Students in Our High Schools". His degree in Psychology from the University of Illinois and his plans for Law School (and/or Advanced Psychology) also speak for his passion to help others. Jon's interest in being a lawyer comes from his desire to positively influence the lives of others in minority groups, and not from seeking fame and fortune. It is ironic that he finds himself in his current situation, however, we can see now that Jon has an even greater desire to follow his chosen career path. We pray that he will not lose this desire.

Friends and acquaintances have remarked that it must be hard for us to deal with having two gay sons, but truthfully we feel it has been a blessing in many ways. We both rely on our Christian faith, believing that both our sons have a special mission in life and will undoubtedly leave a strong and wonderful mark on many gay and non-gay individuals. Even though they may reach out in different ways, we believe they will both be very successful.

Since we truly believe our children are exceptional and will do much good for others, we find it hard to imagine that Jon spending years in such a severely restricted environment as prison could be beneficial in any way. We find this especially true since Jon poses no danger to anyone, as lie detector tests and psychological analyses have shown. He now regularly expresses a desire to educate and help others to understand the law particularly as it applies to the illegal use of Internet technologies. Jon was only twenty-one when the downloading incidents occurred, and he now realizes a lot of people at that age do not understand the full range of consequences due to such actions.

We are pleading for your consideration to allow Jon to serve time in some kind of community service program, Halfway House, or even in continued parental custody. We know that this may seem like a crazy and unrealistic request, but we are seriously concerned for Jon's mental and physical well being while spending time in prison. Jon has proven over the past nine months that he respects the law and he has been diligent in making sure he follows the established schedules and rules.

If serving time in prison is the only way, then please consider minimizing Jon's time and helping him to be placed in a location where he will be allowed to continue his studies in some way, prepare himself for his life after prison, and be protected from any physical or mental abuse. We understand that the Bureau of Prisons determines this placement, but we believe they would consider your recommendations seriously.

We are not asking for Jon to be excused from penalty, just a sentencing that provides an opportunity for him to maximize his potential. He has the will and ability to use his talents to prevent others from finding themselves in his shoes. We are sure the crowded prison system can benefit from fewer inmates, and humanity at large can benefit from more persons like Jon.

Thank you for listening, and any consideration you can give will be a blessing to Jon, his family, his wonderful and supportive friends, and those whom he can touch.

With great respect,
Bob and Betty Counce

E-FILED
Friday, 25 January, 2008  04:08:34 PM
Clerk, U.S. District Court, ILCD

I firmly believe that incarceration would be the most inappropriate decision.  My background in law enforcement allowed me the chance to observe first hand diverse human behaviors and situations. Although many may think that a Police Officer would automatically lean in the direction of incarceration, I for one have always tried to maintain an open minded appraisal regarding end results.  Jonathan Counce is not the first exception I have ever made regarding incarceration.  I sincerely believe that there are viable avenues of accountability he can be held to and it is my hope that these alternatives be considered !

Sincerely submitted,

David J. Hinrichsen