# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-10050 |
| | ) | |
| JONATHAN W. COUNCE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO RETURN PASSPORT

The United States of America by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Thomas A. Keith, Supervisory Assistant United States Attorney, moves this Court to enter an Order to return the above-named defendant's passport (American Passport #421779352) to the Department of State.

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

S:\Thomas A. Keith
Thomas A. Keith
Supervisory Assistant
  United States Attorney
One Tehnology Plaza
211 Fulton Street, Ste. 400
Peoria, Illinois 61602
Telephone: 309/671-7050

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION TO RETURN PASSPORT** has this 27th day of June, 2008, been made on the attorneys listed below by electronic case filing to:

>Karl W. Bryning
>Federal Public Defender
>
>D. Peter Wise
>Attorney at Law
>
>John P. Lonergan
>Attorney at Law
>
>
>S:\Debra L. Hansen
>Debra L. Hansen
>Supervisory Legal Assistant

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-10050 |
| ) | |
| JONATHAN W. COUNCE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

MICHAEL M. MIHM, United States District Judge:

This cause is before the Court sua sponte.

On January 30, 2008, Defendant was sentenced to the Bureau of Prisons for a term of 60 months; supervised release for a term of life; no fine; and $100.00 special assessment. The Clerk's Office received Defendant's passport on May 1, 2007, and the passport remains in the Court's possession.

A passport remains the property of the United States and must be returned to the Government upon demand. 22 C.F.R. §51.9. The Court considers that the Department of State makes an informal demand for a return of a passport upon conviction. This leaves the Court's discretion to return a passport to the probation officer pending termination of supervised release or to send it back to

the Department of State.

Ergo, the Clerk is DIRECTED to return Defendant's passport, with a copy of the Judgment and Conviction, to the Office of Passport Policy and Advisory Services, United States Department of State, 1111- 10th Street N.W., Room 260, Washington, D.C. 20522-1705.

Entered this ____ day of June, 2008.

_____
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE