IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-10050 |
| ) | |
| JONATHAN W. COUNCE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**John A. Gorman**, United States **Magistrate** Judge:

This cause is before the Court sua sponte.

On January 30, 2008, Defendant was sentenced to the Bureau of Prisons for a term of 60 months; supervised release for a term of life; no fine; and $100.00 special assessment. The Clerk's Office received Defendant's passport on May 1, 2007, and the passport remains in the Court's possession.

A passport remains the property of the United States and must be returned to the Government upon demand. 22 C.F.R. §51.9. The Court considers that the Department of State makes an informal demand for a return of a passport upon conviction. This leaves the Court's discretion to return a passport to the probation officer pending termination of supervised release or to send it back to

the Department of State.

Ergo, the Clerk is DIRECTED to return Defendant's passport, with a copy of the Judgment and Conviction, to the Office of Passport Policy and Advisory Services, United States Department of State, 1111- 10th Street N.W., Room 260, Washington, D.C. 20522-1705.

Entered this _30th_ day of June, 2008.

_____s/ John A. Gorman_____

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE